UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARRY BOGGS, et al.,

                Plaintiffs,

-against-

THE HOME DEPOT, INC., et al.

                Defendants.

**ORDER**

21-CV-06750 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared for an in-person case-management conference on February 26, 2024. As explained more fully on the record during the appearance, Plaintiffs shall advise the Court via letter, by **March 1, 2024**, whether they are amending the Second Amended Complaint to discontinue any of their claims for relief. Defendants shall file a letter advising the Court whether they intend to file a motion for summary judgment by **March 4, 2024**. Further, the Court granted Defendants leave to move for summary judgment and set the following briefing schedule: motion for summary judgment shall be served, not filed, on **March 25, 2024**; opposition shall be served, not filed, on **April 25, 2024**; reply shall be served on **May 2, 2024**; and all papers shall be filed on the reply date, **May 2, 2024**.

      Additionally, as explained at the conference, the parties are directed to meet and confer and comply with Rules 6(A) and 6(B) of the Court's Individual Practices (rev. June 23, 2023) by filing the documents required therein, which include a joint pretrial order, proposed joint *voir dire* questions, joint requests to charge, joint verdict form, and any motions *in limine*, on or before **April 15, 2024**.

      The next pre-trial conference will be held on **April 30, 2024 at 2:30 p.m.** in Courtroom 520 of the White Plains courthouse.

An Order of Reference to the Magistrate Judge will be docketed separately.

**SO-ORDERED:**

Dated: White Plains, New York
February 26, 2024

_____
Philip M. Halpern
United States District Judge