# IGBOKWE, PLLC

28 LIBERTY STREET, 6TH FLOOR
NEW YORK, NEW YORK 10005
PHONE (347) 467 - 4674
FACSIMILE (347) 467 - 6367

March 1, 2024

**VIA ECF**

Hon. Philip M. Halpern, U.S.D.J.
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Larry Boggs, et al. v. The Home Depot Inc., et al.*
Case No. 7:21-cv-06750-PMH

Dear Judge Halpern:

We represent Plaintiffs in the above referenced matter. Pursuant to your honor's order Plaintiffs are to inform the court of amendments Plaintiffs intend to make to the Second Amended Complaint by today's date [DE 63]. Plaintiffs' counsel along with Plaintiffs' are still in review of the Second Amended Complaint in accordance with your Honor's guidance at the in-person conference held on February 26, 2024. While Plaintiffs' shall make amendments, the extent of such amendments are still being determined. Therefore Plaintiffs request a 4-day extension to comply with the courts order [DE 63]. Where Defendants' are required to inform the court on March 5, 2024 of its intention to file a summary judgment motion, Plaintiffs consent to provide an extension to Defendants. If this request is granted the Plaintiffs' new deadline would be March 4, 2024.

Thank you very much for your attention and consideration of this matter.

Very sincerely yours,

O. Williams Igbokwe, Esq.

---

Application granted. Plaintiff's time to advise the Court of its amendments to the Second Amended Complaint is extended to March 4, 2024. Defendants' time to advise the Court whether they intend to file a motion for summary judgment is extended to March 8, 2024.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 66.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 1, 2024